James R. Campbell [JC 0237]
The LAMBOS FIRM
29 Broadway - 9ᵗʰ Floor
New York, New York 10006
Tel:(212) 943-2470
Fax: (212) 797-9213
*Co-Counsel to Defendant NYSA-ILA
Medical & Clinical Services Fund*

John P. Sheridan [JS 9127]
GLEASON, MARRINAN &
MAZZOLA MARDON, P.C.
26 Broadway - 17th Floor
New York, New York 10004
Tel: (212) 425-3240
Fax: (212) 943-6649
*Co-Counsel to Defendant NYSA-ILA
Medical & Clinical Services Fund*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

FREDERICK FISHER,

                            Plaintiff,

      - vs. -

NYSA-ILA MEDICAL AND CLINICAL
SERVICES FUND,

                       Defendant.

------------------------------------------------------------x

**NOTICE OF REMOVAL**

**CIVIL ACTION NO.**

## TO THE JUDGES OF THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

     Defendant NYSA-ILA Medical and Clinical Services Fund ("Fund") respectfully submits

the following in support of the removal of this action to this court:

     1.      The Fund is a Taft-Hartley labor-management trust fund composed of an equal

number of labor and management trustees and is a multiemployer employee benefit welfare plan

within the meaning of the Employee Retirement Income Security Act of 1974 ("ERISA"), as

amended, 29 U.S.C. §§ 1001 *et seq.* The Fund was established and is maintained in accordance

with the provisions of collective-bargaining agreements entered into between New York

Shipping Association, Inc. ("NYSA") (the multiemployer bargaining association in the longshore industry in the Port of New York and New Jersey) and the International Longshoremen's Association, AFL-CIO ("ILA") (the union representing longshoremen, clerks, checkers, maintenance personnel and other related classifications of waterfront labor employed by NYSA's members in the Port of New York and New Jersey). The Fund is maintained and operated in accordance with its Agreement and Declaration of Trust and Plan and applicable law. The Fund has its office and principal place of business at 45 Broadway - 5th Floor, New York, New York 10006. The Fund provides dental benefits to eligible participants of the Fund and their eligible dependents.

2.     The Notice of Claim and Summons to Appear asserts that Plaintiff Frederick Fisher resides at 1498 Third Avenue, New York, New York 10028.

3.     On February 6, 2007, the Fund received a copy of a Notice of Claim and Summons to Appear issued out of the Civil Court of the City of New York, County of New York, under Index Number NSC 20038/07-2. A true copy of the Notice of Claim and Summons to Appear is annexed hereto as Exhibit A.

4.     There have been no other proceedings in the state court action.

5.     The Notice of Claim and Summons to Appear asserts that "[t]he Claimant asks Judgment in this court for $3000.00 together with interest and disbursements on the following claim: ACTION TO RECOVER MONIES ARISING OUT OF NONPAYMENT FOR SERVICES RENDERED. DATE OF OCCURRENCE: 10-30-2006."

6.     This court has subject-matter jurisdiction over this action pursuant to ERISA § 502, 29 U.S.C. § 1132, because plaintiff is seeking to recover benefits from the Fund.

7.     The court has venue over this action in accordance with 28 U.S.C. § 1441.

8.     This Notice of Removal is timely because in accordance with 28 U.S.C. § 1446(b) it has been filed within 30 days from the date on which the Fund received a copy of the Notice of Claim and Summons to Appear.

**WHEREFORE**, the NYSA-ILA Medical and Clinical Services Fund respectfully avers that this action has been properly removed to this court.

Dated: New York, New York
          February 20, 2007

Respectfully submitted,

THE LAMBOS FIRM

By _____
     James R. Campbell [JC 0237]
29 Broadway - 9th Floor
New York, New York 10006
Tel:(212) 943-2470
Fax: (212) 797-9213
*Co-Counsel to Defendant NYSA-ILA Medical*
*and Clinical Services Fund*

GLEASON, MARRINAN &
MAZZOLA MARDON, P.C.

By _____
     John P. Sheridan [JS 9127]
26 Broadway - 17th Floor
New York, New York 10004
Tel: (212) 425-3240
Fax: (212) 943-6649
*Co-Counsel to Defendant NYSA-ILA Medical*
*and Clinical Services Fund*

TO:    Frederick Fisher
         1498 Third Ave
         New York, New York 10028
         *Plaintiff*

         Clerk of the Court
         Civil Court of the City of New York
         Small Claims Court
         111 Centre Street, Room 322
         New York, New York 10013-4389
         Index No. NSC 20038/07-2

CIVIL COURT OF THE CITY OF NEW YORK
SMALL CLAIMS PART
111 CENTRE STREET - RM. 322
NEW YORK, NY 10013-4389

1. Article Addressed to:

2. Article Number

7180 8583 3220 0469 7221

---

**NOTICE OF CLAIM**

The Claimant asks Judgment in this court for
together with interest and disbursements, on the following claim:

CIV-SC-55 Face (3/05)

---

**NOTICE TO DEFENDANT    NOTICE OF CLAIM and SUMMONS TO APPEAR**

**This is the start of a lawsuit against you. It should not be ignored. Your default may have serious consequences. YOU MUST BRING THIS NOTICE WITH YOU EACH TIME YOU APPEAR IN COURT ON THIS CASE.**

SUMMONS TO APPEAR          This claim is scheduled for a hearing to be held in the Courtroom:

111 Centre Street (Room 353)
New York, New York 10013
On Wednesday, March 7, 2007 at 6:10 PM

You or someone authorized to represent you must appear and present your evidence at the hearing. If you wish to present your defense in writing or at an alternate time you may contact the court in advance. IF YOU FAIL TO APPEAR, JUDGMENT WILL BE ENTERED AGAINST YOU. BY DEFAULT EVEN THOUGH YOU MAY HAVE A VALID DEFENSE. Only the Judge presiding, at the hearing, may adjourn or adjudicate this claim; the Clerk cannot grant an adjournment to another date or time.

DATED    January 31, 2007              CHIEF CLERK          JACK BAER

CASE TYPE:SMALL CLAIM                          CLAIMANT
        SMALL CLAIM
                                        FREDERICK FISHER
                                        1498 THIRD AVE.
INDEX NUMBER                            NEW YORK, NY 10028

No. 200038/07-3                                DEFENDANT

3/7                                     NYSA-ILA MEDICAL AND CLINICAL
                                        45 BROADWAY
                                        NY, NY 10006-

A Guide to Small Claims court is
available at the court or at a court.

ESTA INFORMACIÓN ESTÁ A DISPONIBLE A ESPAÑOL EN LA CORTE

## PRIOR TO THE START OF A LAWSUIT AGAINST YOU, THE INFORMATION PROVIDED WILL ASSIST YOU IN PREPARING A DEFENSE OF THE LAWSUIT.

If the case involves damage to an automobile or other property covered by insurance, both ... ... an attorney representative to be present at the Hearing at those ... by insurance compa...

### BEFORE THE HEARING

... against the Claimant, you may bring a "Counterclaim" ... you should file a statement containing such Counterclaim with the Clerk ... The Clerk will send the notice of your Counterclaim to the Claimant ... to file the Counterclaim within the five (5) day period ... days before the scheduled hearing date. You may also ... the Claimant may request and obtain an adjournment ... comply no information about the claim ...

### COUNTERCLAIM AND THIRD-PARTY CLAIMS

... day of receiving this ... other fee of $5.00 ... amount of your claim and ... your Counterclaim with the Hearing. If you present ... Defendant.

### JURY ...

... you must at least one day before the day upon which such is ... good will have to make an affidavit specifying the issues of fact ... You will have to pay a jury fee and also the ... the law the court may award additional costs to the Claimant at the ... and may be awarded ...

### DEMAND ...

... Consumer Transaction, (filed against you by a corporation, ... prior to your receipt of this Notice of Claim. If you ... Claimant demanding ...

### SETTLEMENT

... able to work out a settlement with the Claimant, ... the Hearing. The document provided to the Court must ... due to pay ... and the Claimant is not willing ... and provide your reason(s) for desiring ... a Written Stipulation of Settlement ... date scheduled for the Hearing, the case will ... This may be done ... of the Hearing, tell ... to reach agreement.